STATE OF OKLAHOMA } S.S.
CLEVELAND COUNTY
FILED In The
Office of the Court Clerk

IN THE DISTRICT COURT OF CLEVELAND COUNTY
STATE OF OKLAHOMA

MAY 28 2010

DOCKET____PAGE____RECORDED
Rhonda Hall, Court Clerk
_____ DEPUTY

| | |
|---|---|
| DENNIS C. CANNON and LINDA CANNON, | ) ) ) |
| Plaintiffs, | ) |
| vs. | ) Case No. CJ-10-1057 |
| CLEMENT INDUSTRIES, INC. | ) ) ) |
| Defendants. | ) |

## PETITION

Plaintiff states:

1. On or about June 20, 2001, a dump trailer manufactured and sold by the defendant fell while it was being unloaded, smashing down on the fifth wheel of the truck operated by Plaintiff Dennis Cannon and causing him injuries.

2. The trailer, and its components, warnings, and instructions, were unreasonably dangerous and defective beyond the contemplation of the ordinary users or consumers of such products; Defendant was negligent in manufacture and design of the product, including its warnings and instructions; and the product violated applicable warrantees, including the implied warranty of fitness for purpose.

3. As a result, Plaintiff Dennis Cannon suffered personal injuries; has and will suffer pain of mind and body; has and will incur medical expense; and has and will be disabled and disfigured and his bodily functions

impaired.

4. As a further result, Plaintiff Linda Cannon has and will suffer loss of relationship, companionship, and support of her husband, due to his injuries.

5. This claim was previously filed as Case No. CJ-03-1073L, and was dismissed other than on the matters, without prejudice to re-filing, on May 29, 2009, so this filing is timely and is within the applicable Statues of Limitations for such actions.

WHEREFORE, Plaintiff requests damages in excess of $75,000.00, plus interest and costs of this action.

Respectfully submitted,

*[signature]*

ERIC H. HERMANSEN, P.C. 4132
5350 S. Western, Suite 306
Oklahoma City, OK 73159
(405) 682-5885 - (405) 682-6006-FAX
ATTORNEY FOR PLAINTIFFS

*[signature]*

GREG HAUBRICH, OBA 11854
FOSHEE & YAFFE
12231 S. May
P. O Box 890420
Oklahoma City, OK  73102
(405) 632-6668
(405) 632-3606

2